```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                     CASE NO. 08 B 23837
    URSULA A BURNS
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-2504


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 09/09/2008 and was not confirmed.

    The case was dismissed without confirmation 10/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME           CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS  CURRENT MORTG        .00           .00           .00
HEALTH CARE CREDIT UNION UNSECURED        986.93           .00           .00
US DEPARTMENT OF HOUSING UNSECURED      15042.12           .00           .00
FORD MOTOR CREDIT       SECURED NOT I   6245.29           .00           .00
PRO SE DEBTOR           DEBTOR ATTY          .00                         .00
TOM VAUGHN              TRUSTEE                                          .00
DEBTOR REFUND           REFUND                                           .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                       ---------------       ---------------
TOTALS                     .00                   .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 01/26/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```